# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANTHONY BRIAN MALLGREN,
*Plaintiff*
v.
AARON ANZALONE and DEIDRE RAY MALLGREN,
*Defendant*

Civil Action No. 13-CV-0234-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   PLAINTIFF'S PROPOSED COMPLAINT IS DISMISSED FOR FAILURE TO STATE A CLAIM.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on a motion to Proceed in the District Court In Forma Pauperis (ECF No. 2).

Date: July 24, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen